458 A.2d 270

Commonwealth v. Souza, Appellant.

Argued January 6, 1983. John S. Manos, for appellant; Eric Beller, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The order of the lower court is affirmed.